IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CHERRAN CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:13-cv-00045 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending an Order be entered granting in part and denying in part Plaintiff's Motion for Summary Judgment or, in the alternative, Motion for Remand [ECF No. 15], denying the Commissioner's Motion for Summary Judgment [ECF No. 18], and remanding this case for further proceedings. This *Report* was filed on October 7, 2014, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**, the Commissioner's Motion for Summary Judgment is **DENIED**, and this case is hereby **REMANDED** to the Commissioner for further proceedings. The Clerk is directed to dismiss this case from the active docket of this Court.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to Magistrate Judge Hoppe.

ENTERED this 28th day of October, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE